March 2, 2005

Mr. Rick K. Disney
Cotten Schmidt, LLP
420 Throckmorton Street, Suite 500
Ft. Worth, TX 76102
Mr. John A. Seib Jr.
Seib & Brady
350 Founders Square, 900 Jackson Sq
Dallas, TX 75202

RE: Case Number: 05-0076
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE VANDERBILT MORTGAGE AND FINANCE, INC.

Dear Counsel:

 Today the Multidistrict Litigation Panel delivered the enclosed
opinion in the above-referenced case.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |